UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

DIEGO BEEKMAN MUTUAL HOUSING
ASSOCIATION HOUSING DEVELOPMENT
FUND CORPORATION,

                    Plaintiff,

   -against-

LIBERTY MUTUAL INSURANCE COMPANY,
and AMERICAN ECONOMY INSURANCE
COMPANY,

                  Defendants.
------------------------------------- x

ORDER

20 Civ. 10912 (GBD)

GEORGE B. DANIELS, District Judge:

    The initial conference scheduled to occur on March 9, 2021 at 9:30 a.m. is hereby cancelled.

Dated: March 3, 2021
       New York, New York

SO ORDERED.

*[signature]*

GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE