# Robinson+Cole

Chrysler East Building
666 Third Avenue, 20th floor
New York, NY 10017-4132
Main (212) 451-2900
Fax (212) 451-2999

June 3, 2021

[FILED: JUN 0 3 2021]

SO ORDERED

*Via ECF*
Hon. George B. Daniels
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, NY 10007

The status conference is adjourned from
June 8, 2021 to September 28, 2021 at 9:45 a.m.

*George B. Daniels*
HON. GEORGE B. DANIELS

JUN 0 3 2021

RE: *Diego Beekman Mut. Housing Ass'n Housing Dev. Fund Corp. v. Liberty Mut. Ins. Co., et al.*, No. 1:20-cv-10912

Dear Judge Daniels:

This firm represents Defendants Liberty Mutual Insurance Company and American Economy Insurance Company ("Defendants") in the above-referenced insurance coverage dispute. As discussed on a recent call with Chambers, we submit this joint status report and request for: (1) an adjournment of the initial pretrial conference scheduled for June 8, 2021 at 9:45 a.m.; and (2) a 60-day extension of fact discovery to allow the parties time to respond to written discovery and explore mediation.

As the Court is aware, the parties accepted the Court's proposed case management plan (ECF No. 15). The parties have served (and are in the process of responding to) written discovery requests. The parties are also discussing mediation. Currently, there are no pending motions or issues that require the Court's attention at this time. Accordingly, the parties respectfully request: (1) an adjournment of the initial pretrial conference scheduled for June 8, 2021; and (2) a 60-day extension of fact discovery to allow the parties time to respond to written discovery and explore mediation.

This request is made on consent. This is the first request for an extension of discovery deadlines.

Boston | Hartford | New York | Providence | Miami | Stamford | Los Angeles | Wilmington | Philadelphia | Albany | New London | rc.com

Robinson & Cole LLP

# Robinson+Cole

Please do not hesitate to contact us, if the Court requires any additional information. The parties are also available on June 8, 2021 at 9:45 a.m., if the Court would like to go forward with the conference as scheduled and discuss the parties' request.

Respectfully submitted,

/s/ Gerald P. Dwyer, Jr.

Gerald P. Dwyer, Jr.
Cara C. Vecchione
ROBINSON & COLE LLP
*Attorneys for Defendants Liberty Mutual Insurance Company
and American Economy Insurance Company*

cc: Counsel of record (via ECF)