UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
:
DIEGO BEEKMAN MUTUAL HOUSING :
ASSOCIATION HOUSING DEVELOPMENT :
FUND CORPORATION, :
:
                Plaintiff, :        <u>ORDER</u>
  -against- :
: 20 Civ. 10912 (GBD)
LIBERTY MUTUAL INSURANCE COMPANY, :
and AMERICAN ECONOMY INSURANCE :
COMPANY, :
:
              Defendants. :
------------------------------------- x

GEORGE B. DANIELS, District Judge:

    Plaintiff's request for a 60-day extension of fact discovery is GRANTED.

    The status conference is adjourned from September 28, 2021 to November 30, 2021 at 9:45am.

Dated: September 23, 2021
       New York, New York

                                       SO ORDERED.

                                       *[signature]*
                                       GEORGE B. DANIELS
                                       UNITED STATES DISTRICT JUDGE