UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

DIEGO BEEKMAN MUTUAL HOUSING
ASSOCIATION HOUSING DEVELOPMENT
FUND CORPORATION,

                 Plaintiff,

-against-

LIBERTY MUTUAL INSURANCE COMPANY,
and AMERICAN ECONOMY INSURANCE
COMPANY,

                 Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

20 Civ. 10912 (GBD)

GEORGE B. DANIELS, District Judge:

      The final pretrial conference scheduled for October 19, 2021 is adjourned to November 30, 2021 at 9:45am.

Dated: October 13, 2021
       New York, New York

SO ORDERED.

_____
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE