UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x

DIEGO BEEKMAN MUTUAL HOUSING
ASSOCIATION HOUSING DEVELOPMENT
FUND CORPORATION,

               Plaintiff,

  -against-

LIBERTY MUTUAL INSURANCE COMPANY,
and AMERICAN ECONOMY INSURANCE
COMPANY,

              Defendants.
------------------------------------ x

ORDER

20 Civ. 10912 (GBD)

GEORGE B. DANIELS, District Judge:

    The final pretrial conference scheduled for November 30, 2021 is adjourned to March 8, 2022 at 9:45am. The parties' request for an extension of the deadline to complete discovery until March 4, 2022 is GRANTED.

Dated: November 29, 2021
       New York, New York

                              SO ORDERED.

                              *George B. Daniels*
                              GEORGE B. DANIELS
                              UNITED STATES DISTRICT JUDGE